UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ASHLEY POSEY (#511449)**

**VERSUS**

**JAMES ROGERS, WARDEN**

**CIVIL ACTION**

**NO. 13-285-JWD-RLB**

# O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report filed on August 2, 2016, to which no objection was filed:

**IT IS ORDERED** that the petitioner's application for habeas corpus relief is dismissed, with prejudice, as untimely.

**IT IS FUTHER ORDERED** that in the event that the petitioner seeks to pursue an appeal, a certificate of appealability is denied.

Signed in Baton Rouge, Louisiana, on September 7, 2016.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**